# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nita Stoops,　　　　　　　　　　　　　　　　Civil No. 08-221 (ADM/SRN)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Michael J. Astrue,
Commissioner of Social Security,

　　　　Defendant.

---

　　　　Fay Fishman, Esq., Peterson & Fishman, PLLP, 3009 Holmes Avenue South, Minneapolis, Minnesota 55408, on behalf of Plaintiff.

　　　　Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

---

　　　　This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Petition for Attorney's Fees [Doc. No. 27] is **GRANTED**, and that Plaintiff's counsel be awarded $7,784.01 in fees under EAJA.

Dated: July 30, 2009　　　　　　　　　　　　s/Ann D. Montgomery

　　　　　　　　　　　　　　　　　　　　　ANN D. MONTGOMERY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE